AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

WERNER ENTERPRISES, INC.   District of   NEBRASKA

Plaintiff(s),

V.

SMC TRANSPORT, LLC; et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8:20-cv-00164-LSC-SM

Notice is hereby given that, subject to approval by the court, __WERNER ENTERPRISES, INC.__ substitutes
(Party (s) Name)

__Joseph E. Jones__, State Bar No. __#15970__ as counsel of record in
(Name of New Attorney)

place of __David C. Dunbar and Kimberly D. McCormack of DUNBARMONROE, PLLC__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Fraser Stryker PC LLO |
| Address: | 409 S. 17th Street, Suite 500, Omaha, Nebraska 68102 |
| Telephone: | (402) 341-6000   Facsimile (402) 341-8290 |
| E-Mail (Optional): | jjones@fraserstryker.com |

I consent to the above substitution.

Date: 5-7-20

(Signature of Party (s))

I consent to being substituted.

Date: 7 May '20

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 7, 2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 11, 2020

Susan M. Bazis, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]