AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**WERNER ENTERPRISES, INC.** District of **NEBRASKA**

Plaintiff(s),

V.

SMC TRANSPORT, LLC; et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 8:20-cv-00164-LSC-SM

Notice is hereby given that, subject to approval by the court, **WERNER ENTERPRISES, INC.** substitutes
(Party (s) Name)

Joseph E. Jones , State Bar No. #15970 as counsel of record in
(Name of New Attorney)

place of David C. Dunbar and Kimberly D. McCormack of DUNBARMONROE, PLLC .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Fraser Stryker PC LLO
Address: 409 S. 17th Street, Suite 500, Omaha, Nebraska 68102
Telephone: (402) 341-6000    Facsimile (402) 341-8290
E-Mail (Optional): jjones@fraserstryker.com

I consent to the above substitution.
Date: 5-7-20
(Signature of Party (s))

I consent to being substituted.
Date: 7 May '20
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 7, 2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 11, 2020
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]